# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FERROSTAAL, INC.,,

    Plaintiff,

v.                                                Case No.  8:04-cv-1494-T-30MAP

M/V AUROA TOPAZ, her engines, boilers,
tackle, etc.;  AURORA SHIPPING, INC.,
KRISTAS SHIPPING (PANAMA) S.A., and
WESTERN BULK CARRIERS K/S,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Settlement and Voluntary Dismissal (Dkt. #52).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear its own fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 1, 2012.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-1494.dismiss 52.wpd